AUSA:     Kathleen Cooperstein          Telephone:  (202) 957-2958
Special Agent:     Claudia Link          Telephone:  (313) 460-2087

AO 93  (Rev. 11/13) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Michigan

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched*<br>*or identify the person by name and address)*<br><br>43171 DALCOMA DRIVE, SUITE 7,<br>CLINTON TOWNSHIP, MICHIGAN 48038 | )<br>)<br>)<br>)<br>)<br>)<br>)<br><br>Case No.  21-mc-50200-2 |

## SEARCH AND SEIZURE WARRANT

To:      Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____ Eastern _____ District of _____ Michigan _____ .
*(identify the person or describe the property to be searched and give its location)*:

See ATTACHMENT A.

> I hereby certify that the foregoing is a certified copy of the original on file in this office.
>
> **Clerk, U.S. District Court**
> **Eastern District of Michigan**
>
> By:     s/Eddrey Butts
> Deputy

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See ATTACHMENT B, violations of:
    18 U.S.C. § 1347  (Health Care Fraud)
    18 U.S.C. § 1343  (Wire Fraud)
    18 U.S.C. § 1349  (Conspiracy to Commit Health Care Fraud and Wire Fraud)

**YOU ARE COMMANDED** to execute this warrant on or before ___September 27, 2021___ *(not to exceed 14 days)*
[✓] in the daytime 6:00 a.m. to 10:00 p.m.      [ ] at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to ___the presiding United States Magistrate Judge on duty___ .
                                          *(United States Magistrate Judge)*

[ ] Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
[ ] for ___ days *(not to exceed 30)*   [ ] until, the facts justifying, the later specific date of _____ .

Date and time issued:      September 14, 2021     10:17 am          _____
                                                                  *Judge's signature*

City and state:      Detroit, Michigan          David  R.  Grand     U. S. Magistrate Judge
                                                                 *Printed name and title*

AO 93  (Rev. 11/13) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.:<br>21-mc-50200-2 | Date and time warrant executed:<br>9/15/21   7:55 am | Copy of warrant and inventory left with:<br>David Judd and Attorney Neil Murphy |
| Inventory made in the presence of : SA Claudia Link/FBI | | |

Inventory of the property taken and name of any person(s) seized:

See Attached

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 9/15/21

_____
Executing officer's signature

ABHIJIT DIXIT/Special Agent
*Printed name and title*



Department of Health and Human Services

# OFFICE OF INSPECTOR GENERAL
# OFFICE OF INVESTIGATIONS

## Detroit Field Office (CRO)
## Inventory Report

**DATE PRINTED:** 9/15/2021

**Case Agent:** abhijit dixit

---

**IRIS Case #:** 519001669
**Item ID:** 8919-46

**Date Received:** 09/15/2021
**Source Obtained From:** LIFE TRANSITION SERVICES
**Site #:**
**Site Address:** 43171 DALCOMA DR, STE 6-8 CLINTON TOWNSHIP MI
**Room #:**
**Description:** PATIENT FILES, EBONY JACKSON AND LAWANDA FELTON FILES
**OI Item #:** S-1
**Status:** **IN:** Detroit Field Office (CRO)

---

**IRIS Case #:** 519001669
**Item ID:** 8919-47

**Date Received:** 09/15/2021
**Source Obtained From:** LIFE TRANSITION SERVICES
**Site #:**
**Site Address:** 43171 DALCOMA DR, STE 6-8 CLINTON TOWNSHIP MI
**Room #:**
**Description:** PRESCRIPTION PAD
**OI Item #:** C-2
**Status:** **IN:** Detroit Field Office (CRO)

---

**IRIS Case #:** 519001669
**Item ID:** 8919-48

**Date Received:** 09/15/2021
**Source Obtained From:** LIFE TRANSITION SERVICES
**Site #:**
**Site Address:** 43171DALCOMA DR STE 6-8 CLINTON TOWNSHIP MI
**Room #:**
**Description:** EMPOYE FILES, RECORDS
**OI Item #:** Q-3
**Status:** **IN:** Detroit Field Office (CRO)

---

**IRIS Case #:** 519001669
**Item ID:** 8919-49

**Date Received:** 09/15/2021
**Source Obtained From:** LIFE TRANSITION SERVICES
**Site #:**
**Site Address:** 43171DALCOMA DR STE 6-8 CLINTON TOWNSHIP MI
**Room #:**
**Description:** MESAGES, BLANK LAB FORM, POST IT NOTES, OFFICE SIGN IN, PATIENT INTAKE, REFERALS
**OI Item #:** K-4
**Status:** **IN:** Detroit Field Office (CRO)

---

**IRIS Case #:** 519001669
**Item ID:** 8919-50

**Date Received:** 09/15/2021
**Source Obtained From:** LIFE TRANSITION SERVICES
**Site #:**
**Site Address:** 43171DALCOMA DR STE 6-8 CLINTON TOWNSHIP MI
**Room #:**
**Description:** PATIENT FILES
**OI Item #:** S-5
**Status:** **IN:** Detroit Field Office (CRO)

---

**IRIS Case #:** 519001669
**Item ID:** 8919-51

**Date Received:** 09/15/2021
**Source Obtained From:** LIFE TRANSITION SERVICES
**Site #:**
**Site Address:** 43171DALCOMA DR STE 6-8 CLINTON TOWNSHIP MI
**Room #:**
**Description:** PATIENT FILES, HIPPA BINDER, EMPLOYEE FILES, BILLING INFO
**OI Item #:** S-6
**Status:** **IN:** Detroit Field Office (CRO)

---

**IRIS Case #:** 519001669
**Item ID:** 8919-52

**Date Received:** 09/15/2021
**Source Obtained From:** LIFE TRANSITION SERVICES
**Site #:**
**Site Address:** 43171DALCOMA DR STE 6-8 CLINTON TOWNSHIP MI
**Room #:**
**Description:** PATIENT FILS, SCHEDULES OF PATIENT APPOINTMENTS, PATIENT BILLING DOCS
**OI Item #:** P-7
**Status:** **IN:** Detroit Field Office (CRO)

---

**IRIS Case #:** 519001669
**Item ID:** 8919-53

**Date Received:** 09/15/2021
**Source Obtained From:** LIFE TRANSITION SERVICES
**Site #:**
**Site Address:** 43171DALCOMA DR STE 6-8 CLINTON TOWNSHIP MI
**Room #:**
**Description:** EMPLOYEE NOTES, MAPS INFO, PATIENT RX INFO
**OI Item #:** S-8
**Status:** **IN:** Detroit Field Office (CRO)

---

**IRIS Case #:** 519001669
**Item ID:** 8919-54

**Date Received:** 09/15/2021
**Source Obtained From:** LIFE TRANSITION SERVICES
**Site #:**
**Site Address:** 43171DALCOMA DR STE 6-8 CLINTON TOWNSHIP MI
**Room #:**
**Description:** BUSINESS RECORDS, TIMESHEETS, COUNSELING AGREEMENT AND JOB DESCRIP., PIST IT NOTES WITH NOTES
**OI Item #:** O-9
**Status:** **IN:** Detroit Field Office (CRO)

---

**IRIS Case #:** 519001669
**Item ID:** 8919-55

**Date Received:** 09/15/2021
**Source Obtained From:** LIFE TRANSITION SERVICES
**Site #:**
**Site Address:** 43171DALCOMA DR STE 6-8 CLINTON TOWNSHIP MI
**Room #:**
**Description:** HANDWRITTEN DOCS, TIMESHEETS, NOTES, PATIENT INFO
**OI Item #:** S-10
**Status:** **IN:** Detroit Field Office (CRO)

---

**IRIS Case #:** 519001669
**Item ID:** 8919-56

**Date Received:** 09/15/2021
**Source Obtained From:** LIFE TRANSITION SERVICES
**Site #:**
**Site Address:** 43171DALCOMA DR STE 6-8 CLINTON TOWNSHIP MI
**Room #:**
**Description:** PATIENT RECORDS
**OI Item #:** B-11
**Status:** **IN:** Detroit Field Office (CRO)

---

**IRIS Case #:** 519001669
**Item ID:** 8919-57

**Date Received:** 09/15/2021
**Source Obtained From:** LIFE TRANSITION SERVICES
**Site #:**
**Site Address:** 43171DALCOMA DR STE 6-8 CLINTON TOWNSHIP MI
**Room #:**
**Description:** CERTIFICATE OF CUSTODIAN, PATIENT NOT, RX NOTES, MEDICATION REEVIEW
**OI Item #:** R-12
**Status:** **IN:** Detroit Field Office (CRO)

---

**IRIS Case #:** 519001669
**Item ID:** 8919-58

**Date Received:** 09/15/2021
**Source Obtained From:** LIFE TRANSITION SERVICES
**Site #:**
**Site Address:** 43171DALCOMA DR STE 6-8 CLINTON TOWNSHIP MI
**Room #:**
**Description:** LENOVO 90J0 IDEACENTRE S/N MJ0C8BLC
**OI Item #:** B-13
**Status:** **IN:** Detroit Field Office (CRO)

| | | |
|---|---|---|
| **IRIS Case #:** 519001669 | **Date Received:** | 09/15/2021 |
| **Item ID:** 8919-59 | **Source Obtained From:** | LIFE TRANSITION SERVICES |
| | **Site #:** | |
| | **Site Address:** | 43171DALCOMA DR STE 6-8 CLINTON TOWNSHIP MI |
| | **Room #:** | |
| | **Description:** | HP LAPTOP<br>I7-BY053DX<br>SN: SG9311PF4 |
| | **OI Item #:** | T-14 |
| | **Status:** | **IN:** Detroit Field Office (CRO) |

| | | |
|---|---|---|
| **IRIS Case #:** 519001669 | **Date Received:** | 09/15/2021 |
| **Item ID:** 8919-60 | **Source Obtained From:** | LIFE TRANSITION SERVICES |
| | **Site #:** | |
| | **Site Address:** | 43171DALCOMA DR STE 6-8 CLINTON TOWNSHIP MI |
| | **Room #:** | |
| | **Description:** | LENOVA DESKTOP<br>90G9<br>SN: R306358E |
| | **OI Item #:** | Q-15 |
| | **Status:** | **IN:** Detroit Field Office (CRO) |

| | | |
|---|---|---|
| **IRIS Case #:** 519001669 | **Date Received:** | 09/15/2021 |
| **Item ID:** 8919-61 | **Source Obtained From:** | LIFE TRANSITION SERVICES |
| | **Site #:** | |
| | **Site Address:** | 43171DALCOMA DR STE 6-8 CLINTON TOWNSHIP MI |
| | **Room #:** | |
| | **Description:** | ACER CHROMEBOOK SPIN 11<br>SN: NXGV2AA00290401A077600 |
| | **OI Item #:** | O-16 |
| | **Status:** | **IN:** Detroit Field Office (CRO) |

| | | |
|---|---|---|
| **IRIS Case #:** 519001669 | **Date Received:** | 09/15/2021 |
| **Item ID:** 8919-62 | **Source Obtained From:** | LIFE TRANSITION SERVICES |
| | **Site #:** | |
| | **Site Address:** | 43171DALCOMA DR STE 6-8 CLINTON TOWNSHIP MI |
| | **Room #:** | |
| | **Description:** | HP280<br>SN: MXL5511XW |
| | **OI Item #:** | S-17 |
| | **Status:** | **IN:** Detroit Field Office (CRO) |

| | | |
|---|---|---|
| **IRIS Case #:** 519001669 | **Date Received:** | 09/15/2021 |
| **Item ID:** 8919-63 | **Source Obtained From:** | LIFE TRANSITION SERVICES |
| | **Site #:** | |
| | **Site Address:** | 43171DALCOMA DR STE 6-8 CLINTON TOWNSHIP MI |
| | **Room #:** | |
| | **Description:** | HP COMPUTER TOWER<br>PAVILLION DESKTOP<br>SN: 2M091638JN |
| | **OI Item #:** | O-18 |
| | **Status:** | **IN:** Detroit Field Office (CRO) |

| | | |
|---|---|---|
| **IRIS Case #:** 519001669 | **Date Received:** | 09/15/2021 |
| **Item ID:** 8919-64 | **Source Obtained From:** | LIFE TRANSITION SERVICES |
| | **Site #:** | |
| | **Site Address:** | 43171DALCOMA DR STE 6-8 CLINTON TOWNSHIP MI |
| | **Room #:** | |
| | **Description:** | LENOVA TOWER<br>MODEL R39028903052<br>SN: R305WSGP |
| | **OI Item #:** | R-19 |
| | **Status:** | **IN:** Detroit Field Office (CRO) |

| | | |
|---|---|---|
| **IRIS Case #:** 519001669 | **Date Received:** | 09/15/2021 |
| **Item ID:** 8919-65 | **Source Obtained From:** | LIFE TRANSITION SERVICES |
| | **Site #:** | |
| | **Site Address:** | 43171DALCOMA DR STE 6-8 CLINTON TOWNSHIP MI |
| | **Room #:** | |
| | **Description:** | LENOVA DESKTOP<br>90J0<br>SN: R305WSES |
| | **OI Item #:** | H-20 |
| | **Status:** | **IN:** Detroit Field Office (CRO) |

| | | |
|---|---|---|
| **IRIS Case #:** 519001669 | **Date Received:** | 09/15/2021 |
| **Item ID:** 8919-66 | **Source Obtained From:** | LIFE TRANSITION SERVICES |
| | **Site #:** | |
| | **Site Address:** | 43171DALCOMA DR STE 6-8 CLINTON TOWNSHIP MI |
| | **Room #:** | |
| | **Description:** | ASUS COMPUTER ALL IN ONE<br>SN: LBPTCJ00K887474 |
| | **OI Item #:** | K-21 |
| | **Status:** | **IN:** Detroit Field Office (CRO) |

| | | |
|---|---|---|
| **IRIS Case #:** 519001669 | **Date Received:** | 09/15/2021 |
| **Item ID:** 8919-67 | **Source Obtained From:** | LIFE TRANSITION SERVICES |
| | **Site #:** | |
| | **Site Address:** | 43171DALCOMA DR STE 6-8 CLINTON TOWNSHIP MI |
| | **Room #:** | |
| | **Description:** | HP DESKTOP<br>M01-F0016<br>SN: 2MO9382PB2 |
| | **OI Item #:** | P-22 |
| | **Status:** | **IN:** Detroit Field Office (CRO) |

| | | |
|---|---|---|
| **IRIS Case #:** 519001669 | **Date Received:** | 09/15/2021 |
| **Item ID:** 8919-68 | **Source Obtained From:** | LIFE TRANSITION SERVICES |
| | **Site #:** | |
| | **Site Address:** | 43171DALCOMA DR STE 6-8 CLINTON TOWNSHIP MI |
| | **Room #:** | |
| | **Description:** | SURFACE PRO<br>SN: 032825165053 |
| | **OI Item #:** | R-23 |
| | **Status:** | **IN:** Detroit Field Office (CRO) |

| | | |
|---|---|---|
| **IRIS Case #:** 519001669 | **Date Received:** | 09/15/2021 |
| **Item ID:** 8919-69 | **Source Obtained From:** | LIFE TRANSITION SERVICES |
| | **Site #:** | |
| | **Site Address:** | 43171DALCOMA DR STE 6-8 CLINTON TOWNSHIP MI |
| | **Room #:** | |
| | **Description:** | 4 FLASH DRIVES<br>PNSTAW 32G<br>MTEC 16G<br>SANDISK 32G<br>LEXAR 32G |
| | **OI Item #:** | R-24 |
| | **Status:** | **IN:** Detroit Field Office (CRO) |

| | | |
|---|---|---|
| **IRIS Case #:** 519001669 | **Date Received:** | 09/15/2021 |
| **Item ID:** 8919-70 | **Source Obtained From:** | LIFE TRANSITION SERVICES |
| | **Site #:** | |
| | **Site Address:** | 43171DALCOMA DR STE 6-8 CLINTON TOWNSHIP MI |
| | **Room #:** | |
| | **Description:** | DELL LATITUDE<br>SN: HKTC3R1<br>EG420 |
| | **OI Item #:** | T-25 |
| | **Status:** | **IN:** Detroit Field Office (CRO) |

**IRIS Case #:** 519001669
**Item ID:** 8919-71

| | |
|---|---|
| **Date Received:** | 09/15/2021 |
| **Source Obtained From:** | LIFE TRANSITION SERVICES |
| **Site #:** | |
| **Site Address:** | 43171DALCOMA DR STE 6-8 CLINTON TOWNSHIP MI |
| **Room #:** | |
| **Description:** | LENOVO THINK PAD<br>PRODUCT ID: 4349CT0 |
| **OI Item #:** | T-26 |
| **Status:** | **IN:** Detroit Field Office (CRO) |

---

**IRIS Case #:** 519001669
**Item ID:** 8919-72

| | |
|---|---|
| **Date Received:** | 09/15/2021 |
| **Source Obtained From:** | LIFE TRANSITION SERVICES |
| **Site #:** | |
| **Site Address:** | 43171DALCOMA DR STE 6-8 CLINTON TOWNSHIP MI |
| **Room #:** | |
| **Description:** | IPHONE S<br>MODEL A1634<br>FCCID: BCC7-E2944A<br>IC: 579C-E2944A |
| **OI Item #:** | J-27 |
| **Status:** | **IN:** Detroit Field Office (CRO) |

---

**IRIS Case #:** 519001669
**Item ID:** 8919-73

| | |
|---|---|
| **Date Received:** | 09/15/2021 |
| **Source Obtained From:** | LIFE TRANSITION SERVICES |
| **Site #:** | |
| **Site Address:** | 43171DALCOMA DR STE 6-8 CLINTON TOWNSHIP MI |
| **Room #:** | |
| **Description:** | NOKIA TABLET<br>IMEI: 358345050288296 |
| **OI Item #:** | J-28 |
| **Status:** | **IN:** Detroit Field Office (CRO) |

---

**IRIS Case #:** 519001669
**Item ID:** 8919-74

| | |
|---|---|
| **Date Received:** | 09/15/2021 |
| **Source Obtained From:** | LIFE TRANSITION SERVICES |
| **Site #:** | |
| **Site Address:** | 43171DALCOMA DR STE 6-8 CLINTON TOWNSHIP MI |
| **Room #:** | |
| **Description:** | ASUS C1OOP<br>NOTEBOOK PC<br>SN: G6NLCX054132265 |
| **OI Item #:** | J-29 |
| **Status:** | **IN:** Detroit Field Office (CRO) |

---

**IRIS Case #:** 519001669
**Item ID:** 8919-75

| | |
|---|---|
| **Date Received:** | 09/15/2021 |
| **Source Obtained From:** | LIFE TRANSITION SERVICES |
| **Site #:** | |
| **Site Address:** | 43171DALCOMA DR STE 6-8 CLINTON TOWNSHIP MI |
| **Room #:** | |
| **Description:** | DELL<br>SERVICE TAG C7N9ZN1 |
| **OI Item #:** | T-30 |
| **Status:** | **IN:** Detroit Field Office (CRO) |

---

**IRIS Case #:** 519001669
**Item ID:** 8919-76

| | |
|---|---|
| **Date Received:** | 09/15/2021 |
| **Source Obtained From:** | LIFE TRANSITION SERVICES |
| **Site #:** | |
| **Site Address:** | 43171DALCOMA DR STE 6-8 CLINTON TOWNSHIP MI |
| **Room #:** | |
| **Description:** | DELL PSL702X<br>SN: BBP32S1 |
| **OI Item #:** | T-31 |
| **Status:** | **IN:** Detroit Field Office (CRO) |

---

**IRIS Case #:** 519001669
**Item ID:** 8919-77

| | |
|---|---|
| **Date Received:** | 09/15/2021 |
| **Source Obtained From:** | LIFE TRANSITION SERVICES |
| **Site #:** | |
| **Site Address:** | 43171DALCOMA DR STE 6-8 CLINTON TOWNSHIP MI |
| **Room #:** | |
| **Description:** | DELL INSPIRION<br>SN: BYGPZB2 |
| **OI Item #:** | T-32 |
| **Status:** | **IN:** Detroit Field Office (CRO) |

---

**IRIS Case #:** 519001669
**Item ID:** 8919-78

| | |
|---|---|
| **Date Received:** | 09/15/2021 |
| **Source Obtained From:** | LIFE TRANSITION SERVICES |
| **Site #:** | |
| **Site Address:** | 43171DALCOMA DR STE 6-8 CLINTON TOWNSHIP MI |
| **Room #:** | |
| **Description:** | MICROSOFT 128GB TABLET<br>079624794853 |
| **OI Item #:** | J-33 |
| **Status:** | **IN:** Detroit Field Office (CRO) |

---

**IRIS Case #:** 519001669
**Item ID:** 8919-79

| | |
|---|---|
| **Date Received:** | 09/15/2021 |
| **Source Obtained From:** | LIFE TRANSITION SERVICES |
| **Site #:** | |
| **Site Address:** | 43171DALCOMA DR STE 6-8 CLINTON TOWNSHIP MI |
| **Room #:** | |
| **Description:** | ASUS X551M |
| **OI Item #:** | T-34 |
| **Status:** | **IN:** Detroit Field Office (CRO) |

---

**IRIS Case #:** 519001669
**Item ID:** 8919-80

| | |
|---|---|
| **Date Received:** | 09/15/2021 |
| **Source Obtained From:** | LIFE TRANSITION SERVICES |
| **Site #:** | |
| **Site Address:** | 43171DALCOMA DR STE 6-8 CLINTON TOWNSHIP MI |
| **Room #:** | |
| **Description:** | LENOVA IDEA PAD 310<br>SN: PF0N4RGJ |
| **OI Item #:** | T-35 |
| **Status:** | **IN:** Detroit Field Office (CRO) |

---

**IRIS Case #:** 519001669
**Item ID:** 8919-81

| | |
|---|---|
| **Date Received:** | 09/15/2021 |
| **Source Obtained From:** | LIFE TRANSITION SERVICES |
| **Site #:** | |
| **Site Address:** | 43171DALCOMA DR STE 6-8 CLINTON TOWNSHIP MI |
| **Room #:** | |
| **Description:** | IPAD A1954<br>FCCID: BCGA1954<br>SN; DPXT34EJF88 |
| **OI Item #:** | J-36 |
| **Status:** | **IN:** Detroit Field Office (CRO) |

---

**IRIS Case #:** 519001669
**Item ID:** 8919-82

| | |
|---|---|
| **Date Received:** | 09/15/2021 |
| **Source Obtained From:** | LIFE TRANSITION SERVICES |
| **Site #:** | |
| **Site Address:** | 43171DALCOMA DR STE 6-8 CLINTON TOWNSHIP MI |
| **Room #:** | |
| **Description:** | TOSHIBA LAPTOP<br>PROD KEY: PWVJT2V4KT |
| **OI Item #:** | T-37 |
| **Status:** | **IN:** Detroit Field Office (CRO) |

| | | |
|---|---|---|
| **IRIS Case #:** 519001669 | **Date Received:** | 09/15/2021 |
| **Item ID:** 8919-83 | **Source Obtained From:** | LIFE TRANSITION SERVICES |
| | **Site #:** | |
| | **Site Address:** | 43171DALCOMA DR STE 6-8 CLINTON TOWNSHIP MI |
| | **Room #:** | |
| | **Description:** | HP NOTEBOOK LAPTOP<br>MODEL: 13-R100DX<br>SN: TJ1604J0ZM |
| | **OI Item #:** | T-38 |
| | **Status:** | **IN:** Detroit Field Office (CRO) |

| | | |
|---|---|---|
| **IRIS Case #:** 519001669 | **Date Received:** | 09/15/2021 |
| **Item ID:** 8919-84 | **Source Obtained From:** | LIFE TRANSITION SERVICES |
| | **Site #:** | |
| | **Site Address:** | 43171DALCOMA DR STE 6-8 CLINTON TOWNSHIP MI |
| | **Room #:** | |
| | **Description:** | TOSHIBA SATELITE LAPTOP<br>A215-S4757<br>SN: 67369956K |
| | **OI Item #:** | T-39 |
| | **Status:** | **IN:** Detroit Field Office (CRO) |

| | | |
|---|---|---|
| **IRIS Case #:** 519001669 | **Date Received:** | 09/15/2021 |
| **Item ID:** 8919-85 | **Source Obtained From:** | LIFE TRANSITION SERVICES |
| | **Site #:** | |
| | **Site Address:** | 43171DALCOMA DR STE 6-8 CLINTON TOWNSHIP MI |
| | **Room #:** | |
| | **Description:** | OFFICE ENOUNTER SHEETS,BILLING DOCS, PATIENT NOTES, PULL CHARTS/REVIEW REQUEST, INSURANCE DOCS, BUSINESS DOCS |
| | **OI Item #:** | R-40 |
| | **Status:** | **IN:** Detroit Field Office (CRO) |

| | | |
|---|---|---|
| **IRIS Case #:** 519001669 | **Date Received:** | 09/15/2021 |
| **Item ID:** 8919-86 | **Source Obtained From:** | LIFE TRANSITION SERVICES |
| | **Site #:** | |
| | **Site Address:** | 43171DALCOMA DR STE 6-8 CLINTON TOWNSHIP MI |
| | **Room #:** | |
| | **Description:** | FAITHFULL HANDS PATIENT FILES, LIBERTY AFC MED LIST, MEDEX RX LIST, GROVER RX, PHYSCIIAN ORDER FORM, NEW HAVEN RX LIST |
| | **OI Item #:** | V-41 |
| | **Status:** | **IN:** Detroit Field Office (CRO) |

| | | |
|---|---|---|
| **IRIS Case #:** 519001669 | **Date Received:** | 09/15/2021 |
| **Item ID:** 8919-87 | **Source Obtained From:** | LIFE TRANSITION SERVICES |
| | **Site #:** | |
| | **Site Address:** | 43171DALCOMA DR STE 6-8 CLINTON TOWNSHIP MI |
| | **Room #:** | |
| | **Description:** | EXTERNAL HARDDRIVE ENCLOSURE INLAND |
| | **OI Item #:** | J-42 |
| | **Status:** | **IN:** Detroit Field Office (CRO) |

| | | |
|---|---|---|
| **IRIS Case #:** 519001669 | **Date Received:** | 09/15/2021 |
| **Item ID:** 8919-88 | **Source Obtained From:** | LIFE TRANSITION SERVICES |
| | **Site #:** | |
| | **Site Address:** | 43171DALCOMA DR STE 6-8 CLINTON TOWNSHIP MI |
| | **Room #:** | |
| | **Description:** | ASUS NOTEBOOK PC<br>C202C<br>FCCID: MSQ726SNG<br>IC: 3568A-R65NC7 |
| | **OI Item #:** | J-43 |
| | **Status:** | **IN:** Detroit Field Office (CRO) |

**IRIS Case #:** 519001669

**Item ID:** 8919-89

|                            |                                              |
| -------------------------- | -------------------------------------------- |
| **Date Received:**         | 09/15/2021                                   |
| **Source Obtained From:**  | LIFE TRANSITION SERVICES                     |
| **Site #:**                |                                              |
| **Site Address:**          | 43171DALCOMA DR STE 6-8 CLINTON TOWNSHIP MI  |
| **Room #:**                |                                              |
| **Description:**           | MAC BOOK PRO<br>MODEL A1708<br>SN: C17SN185GVC1 |
| **OI Item #:**             | J-44                                         |
| **Status:**                | **IN:** Detroit Field Office (CRO)           |

---

**IRIS Case #:** 519001669

**Item ID:** 8919-90

|                            |                                              |
| -------------------------- | -------------------------------------------- |
| **Date Received:**         | 09/15/2021                                   |
| **Source Obtained From:**  | LIFE TRANSITION SERVICES                     |
| **Site #:**                |                                              |
| **Site Address:**          | 43171DALCOMA DR STE 6-8 CLINTON TOWNSHIP MI  |
| **Room #:**                |                                              |
| **Description:**           | NOTEBOOKS OF PATIENT VISITS, APPOINTMENTS, PATIENT NOTES, ENCOUNTER NOTES, PATIENT DEMOGRAPHICS |
| **OI Item #:**             | J-45                                         |
| **Status:**                | **IN:** Detroit Field Office (CRO)           |

---

**IRIS Case #:** 519001669

**Item ID:** 8919-91

|                            |                                              |
| -------------------------- | -------------------------------------------- |
| **Date Received:**         | 09/15/2021                                   |
| **Source Obtained From:**  | LIFE TRANSITION SERVICES                     |
| **Site #:**                |                                              |
| **Site Address:**          | 43171DALCOMA DR STE 6-8 CLINTON TOWNSHIP MI  |
| **Room #:**                |                                              |
| **Description:**           | CONTRACTS, CLIENT LISTS, PATIENT INFO, W9 & EMPLOYEE INFO, AGREEMENTS & CONTRACTS |
| **OI Item #:**             | H-46                                         |
| **Status:**                | **IN:** Detroit Field Office (CRO)           |

---

**IRIS Case #:** 519001669

**Item ID:** 8919-92

|                            |                                              |
| -------------------------- | -------------------------------------------- |
| **Date Received:**         | 09/15/2021                                   |
| **Source Obtained From:**  | LIFE TRANSITION SERVICES                     |
| **Site #:**                |                                              |
| **Site Address:**          | 43171DALCOMA DR STE 6-8 CLINTON TOWNSHIP MI  |
| **Room #:**                |                                              |
| **Description:**           | BUS CHECKBOOK, HUNTINGTO DEBIT CARD, TORN UP CHECK, PRESC COPIES, INVOICES, EMPLOYEE TIMESHEETS, OPTUM RX LETTERS, PATIENT INFO, CHECKBOOK, NOTES, TAX DOCS, BILING LETTERS, LARA DOCS, PATIENT NOTES |
| **OI Item #:**             | J-47                                         |
| **Status:**                | **IN:** Detroit Field Office (CRO)           |

---

**IRIS Case #:** 519001669

**Item ID:** 8919-93

|                            |                                              |
| -------------------------- | -------------------------------------------- |
| **Date Received:**         | 09/15/2021                                   |
| **Source Obtained From:**  | LIFE TRANSITION SERVICES                     |
| **Site #:**                |                                              |
| **Site Address:**          | 43171DALCOMA DR STE 6-8 CLINTON TOWNSHIP MI  |
| **Room #:**                |                                              |
| **Description:**           | PATIENT FILES, ZOLOFT RXS, APPT LOGS, PRESC COPIES, INVOICES, DR NOTES, PSYCH EVALS, MED ORDERS, 1099'S CHECKBOOKS |
| **OI Item #:**             | J-48                                         |
| **Status:**                | **IN:** Detroit Field Office (CRO)           |

---

**IRIS Case #:** 519001669

**Item ID:** 8919-94

|                            |                                              |
| -------------------------- | -------------------------------------------- |
| **Date Received:**         | 09/15/2021                                   |
| **Source Obtained From:**  | LIFE TRANSITION SERVICES                     |
| **Site #:**                |                                              |
| **Site Address:**          | 43171DALCOMA DR STE 6-8 CLINTON TOWNSHIP MI  |
| **Room #:**                |                                              |
| **Description:**           | NOTE OF PATIENT VISITS, YEARLY PLANNER/CALENDAR, RESPONSIBLE OPIOD PRESCRIBING BOOK |
| **OI Item #:**             | J-49                                         |
| **Status:**                | **IN:** Detroit Field Office (CRO)           |

**IRIS Case #:** 519001669
**Item ID:** 8919-95

| | |
|---|---|
| **Date Received:** | 09/15/2021 |
| **Source Obtained From:** | LIFE TRANSITION SERVICES |
| **Site #:** | |
| **Site Address:** | 43171DALCOMA DR STE 6-8 CLINTON TOWNSHIP MI |
| **Room #:** | |
| **Description:** | TAX DOCS, PRESCRIPTIONS, INSURANCE DOCS, PATIENT RECORDS, CHECKBOOK, BUSINESS RECORDS |
| **OI Item #:** | J-50 |
| **Status:** | **IN:** Detroit Field Office (CRO) |

---

**IRIS Case #:** 519001669
**Item ID:** 8919-96

| | |
|---|---|
| **Date Received:** | 09/15/2021 |
| **Source Obtained From:** | LIFE TRANSITION SERVICES |
| **Site #:** | |
| **Site Address:** | 43171DALCOMA DR STE 6-8 CLINTON TOWNSHIP MI |
| **Room #:** | |
| **Description:** | LAWANDA FELTON & EBONY JACKSON PATIENT INFO, EOB'S & CLAIM RECORDS |
| **OI Item #:** | H-51 |
| **Status:** | **IN:** Detroit Field Office (CRO) |

---

**IRIS Case #:** 519001669
**Item ID:** 8919-97

| | |
|---|---|
| **Date Received:** | 09/15/2021 |
| **Source Obtained From:** | LIFE TRANSITION SERVICES |
| **Site #:** | |
| **Site Address:** | 43171DALCOMA DR STE 6-8 CLINTON TOWNSHIP MI |
| **Room #:** | |
| **Description:** | ENVELOPE, MESSAGE NOTES |
| **OI Item #:** | J-52 |
| **Status:** | **IN:** Detroit Field Office (CRO) |

---

**IRIS Case #:** 519001669
**Item ID:** 8919-98

| | |
|---|---|
| **Date Received:** | 09/15/2021 |
| **Source Obtained From:** | LIFE TRANSITION SERVICES |
| **Site #:** | |
| **Site Address:** | 43171DALCOMA DR STE 6-8 CLINTON TOWNSHIP MI |
| **Room #:** | |
| **Description:** | PATIENT RECORD REQUESTS, LETTER TO DR JUDD |
| **OI Item #:** | R-53 |
| **Status:** | **IN:** Detroit Field Office (CRO) |

---

**IRIS Case #:** 519001669
**Item ID:** 8919-99

| | |
|---|---|
| **Date Received:** | 09/15/2021 |
| **Source Obtained From:** | LIFE TRANSITION SERVICES |
| **Site #:** | |
| **Site Address:** | 43171DALCOMA DR STE 6-8 CLINTON TOWNSHIP MI |
| **Room #:** | |
| **Description:** | 2021 WALL CALENDAR |
| **OI Item #:** | V-54 |
| **Status:** | **IN:** Detroit Field Office (CRO) |

---

**IRIS Case #:** 519001669
**Item ID:** 8919-100

| | |
|---|---|
| **Date Received:** | 09/15/2021 |
| **Source Obtained From:** | LIFE TRANSITION SERVICES |
| **Site #:** | |
| **Site Address:** | 43171DALCOMA DR STE 6-8 CLINTON TOWNSHIP MI |
| **Room #:** | |
| **Description:** | POST IT NOTES, AUTHOR WALGREENS, NOTES FOR PATIENTS |
| **OI Item #:** | R-55 |
| **Status:** | **IN:** Detroit Field Office (CRO) |

---

**IRIS Case #:** 519001669
**Item ID:** 8919-101

| | |
|---|---|
| **Date Received:** | 09/15/2021 |
| **Source Obtained From:** | LIFE TRANSITION SERVICES |
| **Site #:** | |
| **Site Address:** | 43171DALCOMA DR STE 6-8 CLINTON TOWNSHIP MI |
| **Room #:** | |
| **Description:** | BUS DOCS, REFERRALS, PATIENT COUNSELING AGREEMENT FORMS, NOTES,OFFICE ROLES |
| **OI Item #:** | H-56 |
| **Status:** | **IN:** Detroit Field Office (CRO) |

**IRIS Case #:** 519001669

**Item ID:** 8919-102

**Date Received:** 09/15/2021

**Source Obtained From:** LIFE TRANSITION SERVICES

**Site #:**

**Site Address:** 43171 DELCOMA CINTON TOWNSHIP MI

**Room #:**

**Description:** BINERS CONTAINING BILLING CODES, INSURANCE INFORMATION

**OI Item #:** Q-57

**Status:** **IN:** Detroit Field Office (CRO)

SIGNATURE: _____ DATE: _____

**IRIS Case #:** 519001669

**Item ID:** 8919-102

**Date Received:** 09/15/2021

**Source Obtained From:** LIFE TRANSITION SERVICES

**Site #:**

**Site Address:** 43171 DELCOMA CINTON TOWNSHIP MI

**Room #:**

**Description:** BINERS CONTAINING BILLING CODES, INSURANCE INFORMATION

**OI Item #:** Q-57