UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

In Re: Sealed Matter                    Misc. No. 21-mc-50200-2
                                        Honorable Judith E. Levy

---

## MOTION AND ORDER TO PARTIALLY UNSEAL SEARCH WARRANTS AND AFFIDAVITS

---

THE UNITED STATES OF AMERICA respectfully requests that the search warrants and affidavits in this case be partially unsealed for the purposes of discovery in United States v. David Judd, Case No. 21-cr-20600 for the following reasons:

1. That the United States is no longer apprehensive that one or more persons may flee the jurisdiction or that evidence may be destroyed if they become aware of the substance of the search warrants and affidavits.

2. That the United States is no longer apprehensive that there is danger of harm to potential government witnesses if any persons become aware of the substance of the search warrants and affidavits.

Respectfully submitted,

DAWN N. ISON
United States Attorney

s/*Kathleen Cooperstein*
Kathleen Cooperstein
United States Trial Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226
Kathleen.Cooperstein@usdoj.gov
(202) 957-2958

IT IS SO ORDERED.

s/David R. Grand
David R. Grand
United States Chief Magistrate Judge

Entered:3/22/23